# Exhibit A



Join       Log in       Pricing       Features       Watch       Stock **NEW**       Search videos, people, and more       Upload

# rapist

Group Videos

Sort: Date | Alphabetical | Plays | Likes | Comments | Duration

✓ Join this group



**Bloomberg for Education - June 26th, New …**
11 months ago

### rapist

Created by Monica Morrison
11 months ago

#### BROWSE THIS GROUP

1 Video
1 Member
1 Moderator

rapist

This is a **Vimeo Group**. Groups allow you to create mini communities around the things you like. Check out other interesting groups.

## Vimeo

Pricing
Upload
Staff Picks
On Demand
Vimeo OTT
Site map

## Features

Video Player
Privacy
Collaboration
Distribution & marketing
Monetization
Live streaming
Analytics
Hosting & management

## Resources

Help Center
Blog
Video School
OTT Resources
Developers
Students
Guidelines

## Company

About
Jobs
Partners

### Did you know?

You can win a free Vimeo Plus membership by stretching your filmmaking muscles in one of our Weekend Challenges

TM + © 2018 Vimeo, Inc. All rights reserved.   Terms   |   Privacy   |   Copyright   |   Cookies      Made with ♥ in NYC.      Language: English   Mature content filter: N