## hrkaufman Kaufman

**From:** hrkaufman Kaufman
**Sent:** Monday, March 18, 2019 8:02 PM
**To:** Andrew C. Phillips; Shannon B. Timmann; P. C. Elizabeth M. Locke; tom@clarelocke.com; dan@dasingerlaw.com
**Cc:** Carol A. Schrager
**Subject:** Fwd: PDFs Morrison Motion to Dismiss- CONFIDENTIAL
**Attachments:** Notice of Motion 3_18_19 with Cert of Service FINAL.pdf; ATT00001.htm; Affidavit of HRK FINAL signed & Notarized with Cert. of Service 03_18_19.pdf; ATT00002.htm; MOL Signed with Cert of Service 3_18_19.pdf; ATT00003.htm

Herewith please find all papers (Notice of Motion, Affidavit in Support and Memorandum of Law) in support of Monica Morrison's motion to dismiss Mr. Langrick's defamation counterclaims.

Hardcopies are being sent by overnight to Mr. Phillips.

All best regards. Henry Kaufman

Henry R. Kaufman, P.C.
60 E.42nd St. - 47th FL
New York, NY 10165
212-880-0842
hkaufman@hrkaufman.com
www.hrkaufman.com

Begin forwarded message:

> **From:** Kate <kkonig@aol.com>
> **Date:** March 18, 2019 at 7:53:08 PM EDT
> **To:** <hkaufman@hrkaufman.com>
> **Subject: PDFs Morrison**

1