**CURRENTLY PENDING DISCOVERY REQUESTS**
**BY DEFENDANT-COUNTERCLAIMANT LANGRICK**
**TO THIRD PARTIES**
**(As of March 23, 2019)**

**Confidential Health Records of Monica Morrison From Hospitals and Other Mental Healthcare Facilities**:

*Dartmouth College Counseling Center* [limited to "Protected Health Information (PHI)," including *all* counseling treatment and medical management records]

*Lori B. Bonhert, MS, LMHC* [*complete* health record including mental health records, but excluding alcohol/drug abuse treatment records, communicable diseases or genetic information]

*Mount Sinai/Beth Israel* [*entire* inpatient record including psychiatric records]

*New Horizon Counseling Center* [*complete* health record including mental health records, but excluding alcohol/drug abuse treatment records, communicable diseases or genetic information]

*New York Presbyterian/Weill Cornell* Hospital [CATEGORIES OF RECORDS REQUESTED: (1): HIPPA release forms; (2): hospital admission forms; (3): mental health, psychiatric, psychotherapy records; (4): mental health testing, treatment – all such records requested on CD]


**Personnel Records From Ms. Morrison's Previous Employers**:

*Simon & Schuster*
*Insider Inc.*
*Kelly Services Inc.*
*Lambent Services*
*Maxi Cohen Studio*
*Working Voices*
*Chertoff Group*

[CATEGORIES OF RECORDS REQUESTED: (1) *complete* personnel/human resources file; (2) *all* disciplinary records; (3) *all* complaints against Monica Morrison; (4) *all* non-privileged documents relating to any litigation, arbitration or mediation as between Ms. Morrison and her employer; (5) *all* documents related to Ms. Morrison's termination, resignation, separation or severance from the employer; and (6) *all* documents related to any complaints or allegations of misconduct by Ms. Morrison against her employer or its officers or her coworkers.]