THE LAW OFFICES OF DANIEL A. SINGER PLLC
630 THIRD AVENUE, 18TH FLOOR
NEW YORK, NEW YORK 10017

TEL: (212) 569-7853
FAX: (212) 683-8332

EMAIL: INFO@DASINGERLAW.COM
WWW.DASINGERLAW.COM

May 7, 2019

By Electronic Filing
Courtroom of the Honorable Magistrate Judge Robert M. Levy
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

     Re: Morrison v. Langrick
        Docket No.: 1:18-cv-06127

Dear Judge Levy:

  At the conference yesterday in the above referenced matter you had directed Plaintiff's counsel to respond to the outstanding document demands by May 20, 2019. The clerk's docket, however, set forth that responses are due by June 20, 2019. It would be appreciated if you could have the clerk correct the docket accordingly. Thank you.

        Respectfully submitted,

        Daniel A. Singer (DS 0978)