UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

MONICA MORRISON,

           Plaintiff,

v.

ROBERT LANGRICK,

           Defendant.

---

Case No. 1:18-cv-06127 (CBA)(RML)

**NOTICE OF MOTION**

Oral Argument to be held on a date and time to be designated by the court

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law and Affidavit in Support, and upon all prior pleadings and proceedings had herein, Counterclaim Defendant MONICA MORRISON will move this Court, before the Honorable Carol B. Amon, at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, NY 11201, on a date and time to be designated by the court, for an Order pursuant to Federal Rule of Civil Procedure 12(b)(6), dismissing the Counterclaims as against MONICA MORRISON, with prejudice, for failure to state claims upon which relief can be granted.

PLEASE TAKE FURTHER NOTICE that pursuant to Judge Amon's local rules, the parties will decide on a mutually agreeable briefing schedule, to be submitted to the Court for its approval.

           Respectfully submitted,
           Henry R. Kaufman, Esq.

           */s/ Henry R. Kaufman*
           HENRY R. KAUFMAN, P.C.
           60 East 42nd Street, 47th Floor
           New York, New York 10165
           Phone: (212) 880-0842
           Fax: (212) 682-1965
           hkaufman@hrkaufman.com

Dated: New York, New York
March 18, 2019

To:

Elizabeth M. Locke, Thomas A. Clare, Andrew C. Phillips, and Shannon B. Timman
Clare Locke LLP
10 Prince Street
Alexandria, VA 22314

Daniel A. Singer
The Law Offices of Daniel A. Singer PLLC
245 5th Avenue
Suite 1902
New York, NY 10016

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the Notice of Motion in the above captioned matter was served on the below counsel of record on March 18, 2019, in accordance with the Rules of Civil Procedure:

Thomas A. Clare (admitted pro hac vice)
Elizabeth M. Locke (admitted pro hac vice)
Andrew C. Phillips (admitted pro hac vice)
Shannon B. Timmann (admitted pro hac vice)
CLARE LOCKE LLP
10 Prince Street
Alexandria, VA 22314
Telephone: (202) 628-7400
Email: tom@clarelocke.com
Email: libby@clarelocke.com
Email: andy@clarelocke.com
Email: shannon@clarelocke.com
Daniel A. Singer (DAS 0978)
THE LAW OFFICES OF DANIEL A. SINGER PLLC
New York, New York 10017
Telephone: (212) 569-7853
Email: dan@singerlaw.com

*Attorneys for Defendant Robert Langrick*

Dated: March 18, 2019                            By: */s/ Henry R. Kaufman*
                                                      Henry R. Kaufman