# HENRY R. KAUFMAN, P.C.
ATTORNEYS AT LAW
60 EAST 42ND STREET
47TH FLOOR
NEW YORK, NEW YORK 10165

(212) 880-0842
FACSIMILE (212) 682-1965

WWW.HRKAUFMAN.COM
HKAUFMAN@HRKAUFMAN.COM

June 12, 2019

**Via Federal Express**
Judge Carol Bagley Amon
United States District Court
Eastern District Of New York
225 Cadman Plaza East
Brooklyn, New York 11201
Telephone: (718) 613-2410

Re: Monica Morrison v. Robert Langrick: 18CV02167 (CBA) (RML)

Dear Judge Amon,

Pursuant to the Court's Rule Number 3.D.ii., please find enclosed the following documents from Plaintiff's fully briefed 12(b)(6) motion to dismiss Defendant's counterclaims:

1. Notice of Plaintiff's Motion to Dismiss Defendant's Counterclaims
2. Affidavit of Henry R. Kaufman in support of Plaintiff's Motion to Dismiss
3. Plaintiff's Memorandum of Law in support of Plaintiff's Motion to Dismiss
4. Defendant's Opposition to Plaintiff's Motion to Dismiss
5. Plaintiff's Reply Memorandum of Law in Support of Motion to Dismiss

Also pursuant to the Court's rule, a copy of this letter is being simultaneously sent to Magistrate Levy and is also being electronically filed through the e-file system.

Respectfully submitted,

*Henry R. Kaufman*

Henry R. Kaufman
Attorney for Plaintiff/Counter Claim Defendant Monica Morrison

cc: Magistrate Judge Robert M. Levy (via FedEx)   Andrew C. Phillips (via FedEx)
Thomas A. Clare                                   Shannon B. Timmann
Elizabeth M. Locke                                Daniel A. Singer (via FedEx)