# Exhibit F

**Subject:** RE: Morrison v. Langrick: Correspondence re Plaintiff's Initial Disclosures - CONFIDENTIAL
**Date:** Monday, July 8, 2019 at 7:44:12 AM Eastern Daylight Time
**From:** hrkaufman Kaufman
**To:** Shannon Timmann, Carol Schrager
**CC:** Andy Phillips, Tom Clare, dan@dasingerlaw.com

Shannon,

Thank you for forwarding Mr. Phillip's letter regarding an asserted deficiency in Plaintiff's initial disclosures regarding damages. That letter was received at the end of the business day on July 2, just before the extended holiday period. Now that the July 4th
break is over, we will endeavor to respond further to the damages issue "in short order."

I should also take this opportunity to update you on our efforts to make a complete document production with respect to Ms. Morrison's communications – over a period of more than 14 years – specifically regarding Mr. Langrick and the 2005 sexual assault. I and my client have been working diligently to complete that process, which has required more effort and time than at first envisioned. We are now striving to complete that process this week.

Best regards. Henry Kaufman


Henry R. Kaufman, PC
60 East 42nd Street, 47th Floor
New York, NY 10165
hkaufman@hrkaufman.com
www.hrkaufman.com

---

**From:** Shannon Timmann [mailto:shannon@clarelocke.com]
**Sent:** Tuesday, July 2, 2019 4:23 PM
**To:** hrkaufman Kaufman; Carol Schrager
**Cc:** Andy Phillips; Tom Clare; dan@dasingerlaw.com
**Subject:** Morrison v. Langrick: Correspondence re Plaintiff's Initial Disclosures

Henry and Carol,

Please see the attached correspondence concerning a deficiency in Plaintiff's Initial Disclosures.


Shannon B. Timmann | Associate
C L A R E   L O C K E   L L P
10 Prince Street | Alexandria, Virginia 22314
(202) 899-3872 - direct
shannon@clarelocke.com | www.clarelocke.com

This electronic message transmission contains information from the law firm of Clare Locke LLP, which may be confidential or privileged.  The information is intended exclusively for the individual or entity named above.  If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of the contents of this information

is prohibited.  If you received this electronic transmission in error, please notify us immediately at [admin@clarelocke.com](mailto:admin@clarelocke.com).