# Exhibit G

**Subject:** Re: Discovery Status
**Date:** Thursday, July 25, 2019 at 10:35:16 AM Eastern Daylight Time
**From:** Andy Phillips
**To:** hrkaufman Kaufman, Shannon Timmann, Carol A. Schrager

Henry,

This does not satisfy me.  On June 27, you finally agreed to produce the documents we have been requesting for many months, and told me you would be making a production by the end of the following day.  Now you have reverted to an open-ended claim that you "intend" to do that at some point, but can't say when because your co-counsel is on vacation.  We made these discovery requests in early February.  The continued delay and attempt to frustrate discovery in this case is unacceptable and if we do not receive your production by noon tomorrow we intend to seek relief from the Court.

Andrew C. Phillips | Partner
C L A R E   L O C K E   L L P
10 Prince Street | Alexandria, Virginia 22314
(202) 628-7404 - direct | (847) 951-7093 - cell
andy@clarelocke.com  |  www.clarelocke.com

This electronic message transmission contains information from the law firm of Clare Locke LLP, which may be confidential or privileged.  The information is intended exclusively for the individual or entity named above.  If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of the contents of this information is prohibited.  If you received this electronic transmission in error, please notify us immediately at admin@clarelocke.com.

---

**From:** hrkaufman Kaufman <hkaufman@hrkaufman.com>
**Date:** Wednesday, July 17, 2019 at 12:46 PM
**To:** Shannon Timmann <shannon@clarelocke.com>, "Carol A. Schrager" <carolaschrager@gmail.com>, Andy Phillips <andy@clarelocke.com>
**Subject:** Discovery Status

Andy,

 I fear that the below will not satisfy you. However, as a matter of courtesy, I would like to update you on our progress in connection with the open discovery matters.

First, we still intend to produce all correspondence, communications, etc.,  with reference to Mr. Langrick and/or the sexual assault. I'm still going through a large body of data which includes attorney-client privileged material (that obviously must be segregated), material that turns out to be irrelevant, etc., etc.

Second, I am only one human being and I am going through a very intensely busy period in my practice. Several court appearances - including today and tomorrow in the outer buroughs in particular are currently delaying my efforts substantially.

In addition, Carol Schrager just left for her traditional four-week summer vacation in Switzerland. How dare she?

Regards, Henry


Henry R. Kaufman, P.C.
[60 E.42nd St. - 47th FL](#)
[New York, NY 10165](#)
[212-880-0842](#)
[hkaufman@hrkaufman.com](mailto:hkaufman@hrkaufman.com)
[www.hrkaufman.com](http://www.hrkaufman.com)