

# CLARE LOCKE
L L P

**ANDREW C. PHILLIPS**
andy@clarelocke.com
(202) 628-7404

10 Prince Street
Alexandria, Virginia 22314

(202) 628-7400

www.clarelocke.com

August 7, 2019

<u>Via ECF</u>

Hon. Robert M. Levy
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   *Monica Morrison v. Robert Langrick,* No. 1:18-cv-06127 (CBA) (RML)

Dear Judge Levy:

This is a joint letter filed by agreement on behalf of counsel for both parties in the above-captioned action. We write to alert you to Judge Amon's July 29, 2019 Order denying Plaintiff's Motion to Dismiss Defendant's Counterclaims. In that Order, Judge Amon also issued a stay of discovery in this matter and directed the parties to schedule a settlement conference with Your Honor. The parties therefore respectfully request that the Court provide the parties with dates on which the Court is available for a settlement conference.

The parties will also be happy to submit written pre-conference submissions on a timetable that is amenable to the Court.

Thank you for your time and consideration.

Very truly yours,

Andrew C. Phillips
CLARE LOCKE LLP

*Counsel for Defendant Robert Langrick*



Henry R. Kaufman
HENRY R KAUFMAN, PC

*Counsel for Plaintiff Monica Morrison*

Cc: All counsel of record via ECF.