

# CLARE LOCKE
L L P

ANDREW C. PHILLIPS
andy@clarelocke.com
(202) 628-7404

10 Prince Street
Alexandria, Virginia 22314

(202) 628-7400

www.clarelocke.com

May 5, 2020

<u>Via ECF and Federal Express</u>

Hon. Carol Bagley Amon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re: *Monica Morrison v. Robert Langrick*, No. 1:18-cv-06127 (CBA) (RML)

Dear Judge Amon:

    I write on behalf of my client Robert Langrick, Defendant and Counterclaimant in the above-referenced action. Pursuant to Your Honor's Individual Practice Rule 3(D)(ii), I am furnishing chambers with courtesy copies of the following motion papers:

a) Defendant Robert Langrick's Notice of Motion to Dismiss Plaintiff Monica Morrison's Amended Complaint;

b) Defendant Robert Langrick's Memorandum of Law in Support of his Motion to Dismiss Plaintiff Monica Morrison's Amended Complaint;

c) Plaintiff's Memorandum of Law in Opposition to Defendant's Motion to Dismiss Her Declaratory Judgement Claims; and

d) Defendant Robert Langrick's Reply Brief in Support of his Motion to Dismiss Plaintiff Monica Morrison's Amended Complaint.

    Oral argument on Mr. Langrick's Motion to Dismiss is scheduled on May 22, 2020 at 2:00 p.m. in Courtroom 10D South before Judge Carol Bagley Amon.

                              Sincerely,

                              Andrew C. Phillips

Cc: Hon. Robert M. Levy
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Henry Kaufman
hkaufman@hrkaufman.com

Carol A. Schrager
carolaschrager@gmail.com