

# CLARE LOCKE
L L P

**ANDREW C. PHILLIPS**
andy@clarelocke.com
(202) 628-7404

10 Prince Street
Alexandria, Virginia 22314

(202) 628-7400

www.clarelocke.com

July 10, 2020

<u>Via ECF</u>

Hon. Robert M. Levy
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   *Monica Morrison v. Robert Langrick,* **No. 1:18-cv-06127 (CBA) (RML)**

Dear Judge Levy:

I write on behalf of my client Robert Langrick, Counterclaimant in the above referenced action.

By order yesterday, Your Honor canceled the telephone conference that was scheduled for Monday, July 13, regarding Mr. Langrick's Letter Motion for Discovery Dispute [Dkt. 90] concerning a dispute over the deposition of Plaintiff/Counterclaim-Defendant Monica Morrison. I note that the docket entry reflects that the conference was cancelled "in light of Judge Amon's ruling on defendant's motion to dismiss."

Judge Amon's July 9 Order [Dkt. 92] did dismiss all of **Ms. Morrison's claims** with prejudice, but Mr. Langrick's Counterclaims remain pending. Therefore, the issues that have arisen with respect to the scheduling of Ms. Morrison's deposition still need to be resolved.

Accordingly, I request that the Court reinstate Monday's telephonic hearing on Mr. Langrick's Letter Motion.



        Very truly yours,

        Andrew C. Phillips
        CLARE LOCKE LLP

        *Counsel for Defendant Robert Langrick*

Cc: All counsel of record via ECF.