Henry R. Kaufman, P.C.
Henry R. Kaufman (HK-7283)
60 East 42nd Street
New York, New York 10165
(212) 880-0842
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MONICA MORRISON,<br><br>                Plaintiff,<br><br>        v.<br><br>ROBERT LANGRICK,<br><br>                Defendant. | **NOTICE OF APPEAL FROM ORDER AND JUDGMENT**<br><br>CASE NO. 1:18-cv-06127 (CBA) (RML) |

PLEASE TAKE NOTICE that Plaintiff Monica Morrison hereby appeals to the United States Court of Appeals for the Second Circuit from the Memorandum and Order of the Honorable Carol B. Amon, United States District Judge, dated July 9, 2020, granting Defendant Robert Langrick's motion to dismiss Morrison's amended complaint with prejudice, and from the Order and Judgment thereon entered by the Clerk in this action on the 10th day of July, 2020.

*[signature]* (MKC)

Henry R. Kaufman (HK-7283)
*Attorney for Monica Morrison*
60 East 42nd Street, 47th Floor
New York, New York 10165
(212) 880-0842

Of Counsel:
Carol A. Schrager, Esq.

July 31, 2020

1