# Exhibit A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MONICA MORRISON,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT LANGRICK,<br><br>　　　　　　Defendant. | CASE NO. 1:18-cv-06127 (CBA)(RML) |

**PLAINTIFF MONICA MORRISON'S RESPONSES TO DEFENDANT ROBERT LANGRICK'S REQUESTS FOR ADMISSIONS**

Plaintiff Monica Morrison (hereafter "Plaintiff" or "Ms. Morrison"), by her attorneys, Henry R. Kaufman, P.C., for her Responses to Defendant Robert Langrick's Requests for Admissions, states as follows, reserving the right to supplement this response, as may be necessary or appropriate, prior to trial:

REQUEST FOR ADMISSION NO. 1

Admit that you are the author of the July 19, 2018 "Personal Review" of Defendant posted on the website MyLife.com, a copy of which is attached hereto, and which stated the following:

"Rob committed sexual assault with a woman who was 19 years old when he was a business school grad at Tuck and he was in his late 20's. He urinated in the room of the victim and also left drugs in her room, which he attempted to tell police did not belong to him. Afterward, he attempted to pay off the victim with $200 in cash and an apology note. He was arrested for criminal activity related to the night in question. He also hired a lawyer in attempts [sic] to silence and intimidate his victim, using the threat of a slander lawsuit. He also had his attorney lie on his behalf. His own attorney falsely stated that the police determined that no wrongdoing occurred on the night in question, even though Rob was arrested for drug possession. If you believe that penetrating and attempting anal

1

sex with an unconscious woman is rape, then you would likely call him a rapist. On top of that, he has attempted to avoid accepting responsibility for every single bad decision he has made in relation to this circumstance – going as far as literally blaming the victim for his own criminal activity. It seems that to him, speaking about his criminal activity is more of a violation that [sic] the criminal acts themselves. The irony for all of this is not at all lost on his victim and his victim's attorney."

PLAINTIFF'S RESPONSE TO REQUEST FOR ADMISSION NO. 1

Admitted.

REQUEST FOR ADMISSION NO. 2

Admit that you created the group on Vimeo.com entitled "rapist," at the URL: https://vimeo.com/groups/510471, and that you posted a video of Defendant in that group.

PLAINTIFF'S RESPONSE TO REQUEST FOR ADMISSION NO. 2

Admitted.

Dated: New York, New York
       May 20, 2019

                                        HENRY R. KAUFMAN, P.C.

                                        By Henry R. Kaufman
                                        *Attorneys for Plaintiff*
                                        *Monica Morrison*
                                        60 East 42nd Street, 47th Floor
                                        New York, NY 10165
                                        (212) 880-0842

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Response to Defendant's First Set of Requests for Admissions to Plaintiff in the above captioned matter was served on the below counsel of record on May 20, 2019, in accordance with the Rules of Civil Procedure:

Thomas A. Clare (admitted pro hac vice)
Elizabeth M. Locke (admitted pro hac vice)
Andrew C. Phillips (admitted pro hac vice)
Shannon B. Timmann (admitted pro hac vice)
CLARE LOCKE LLP
10 Prince Street
Alexandria, VA 22314
Telephone: (202) 628-7400
Email: tom@clarelocke.com
Email: libby@clarelocke.com
Email: andy@clarelocke.com
Email: shannon@clarelocke.com
Daniel A. Singer (DAS 0978)
THE LAW OFFICES OF DANIEL A. SINGER PLLC
New York, New York 10017
Telephone: (212) 569-7853
Email: dan@singerlaw.com

*Attorneys for Defendant Robert Langrick*

Dated: May 20, 2019                                   By: */s/ Henry R. Kaufman*
                                                          Henry R. Kaufman

3