# Exhibit B

```
                 UNITED STATES DISTRICT COURT
                 EASTERN DIVISION OF NEW YORK


                 CASE NO.  1:18-cv-06127 (CBA)(RML)

MONICA MORRISON,

         Plaintiff,

    -vs-

ROBERT LANGRICK,

         Defendant.
_____/



   VIDEOTELECONFERENCE DEPOSITION OF MONICA MORRISON

                    Pages 1-305

                September 25, 2020
                10:07 a.m - 9:15 p.m.


      Held via Zoom Videoteleconference - all
            parties appeared remotely




             Stenographically Reported by
                Paul Cunningham, FPR
             Florida Professional Reporter
```

```
 1   APPEARANCES:

 2
         On behalf of the Plaintiff
 3       HENRY R KAUFMAN PC
         BY:  HENRY KAUFMAN, ESQUIRE
 4       60 East 42nd Street, 47th Floor
         New York, NY 10168
 5       Hkaufman@hrkaufman.com

 6       On behalf of the Defendant
         CLARE LOCKE LLP
 7       BY:  SHANNON TIMMANN, ESQUIRE
         BY:  ANDREW PHILLIPS, ESQUIRE
 8       10 Prince Street
         Alexandria, VA 22314
 9       Shannon@clarelocke.com

10
     Also present: Carol Schrager, Esq., Miguel
11   Evangalista, Videographer & Robert Langrick

12
                     I N D E X
13
     Witness                      Direct          Cross
14   Monica Morrison                 4

15           Exhibits Marked for I.D.
                                          Page #
16   DX 58  Responses to Interrogatories    22
     DX 80  Series of Texts                167
17   DX 108 Audio Recording                232
     DX 106 Bloomberg exchange 1-4-18      241
18   DX 64  Responses to Admissions        250
     DX 2   Complaint for Declaratory Jgmt. 257
19

20
             (Exhibits retained by Videographer)
21

22

23

24

25
```

```
 1   she hushed me when I opened the door.  I recall after
 2   that, Rob asking if we could go somewhere.  And I
 3   recall at that point being confused but offering to
 4   take him around other parts of the house.  I recall
 5   walking to the attic space of the house where there
 6   are two rooms, the bunk room and the penthouse, which
 7   was the first room I lived in at Panarchy.  There's
 8   also a small communal space in that area in the
 9   attic, where I believe we were and then at that
10   point, we went onto the roof.
11            At that point, I recall Mr. Langrick kissing
12   me, and I recall consenting to him kissing me.  I
13   recall he became aggressive while kissing me, and
14   that I felt very out of it.  And during that time my
15   memory fades significantly.  The next thing I recall
16   is being -- I don't know the word.  Like, I recall
17   heavy petting, which included some forms of digital
18   penetration and then it was aggressive.  And I was
19   very out of it.  And my capacity was slipping in and
20   out at that point.  And I remember feeling very
21   uncomfortable.  I remember being snapped out of this
22   state of feeling very out of it when he uttered
23   something to the extent of I want you to piss in my
24   mouth.  I was very shocked.  I was very taken aback.
25   And I felt violated in that moment.  And I got off of
```

```
 1   minutes?
 2       A.   I believe within the first ten minutes we
 3   were sitting in the cupola and that he began to kiss
 4   me.
 5       Q.   Okay.  Did you kiss him back?
 6       A.   Yes.
 7       Q.   Okay.  And were your clothes on at this
 8   time?
 9       A.   Yes.
10       Q.   Were Mr. Langrick's clothes on at this time?
11       A.   Yes.
12       Q.   Okay.  And when is the first gap in your
13   memory when you were in the cupola?
14       A.   I would say shortly thereafter.
15       Q.   Okay.  And so you're saying it's around the
16   ten-minute mark you have a memory gap?
17       A.   Yes.
18       Q.   And what is your next memory in the cupola?
19       A.   I remember feeling the sensation of heavy
20   petting.
21       Q.   Okay.  Can you describe that for me, what
22   type of heavy petting?
23       A.   I remember my body being pawed at, and then
24   I was being touched aggressively in my genital
25   region --
```

```
 1      Q.   Okay.
 2      A.   -- extremely aggressively.
 3      Q.   What do you mean by aggressively?
 4      A.   I recall there being a strong pulling
 5   sensation and that his hands were moving very fast.
 6      Q.   Where were his hands moving?
 7      A.   In my genitals.
 8      Q.   Okay.  So were you clothed at this time?
 9      A.   I can't recall if my clothes were completely
10   removed or if my pants were merely pulled down.
11      Q.   Okay.  Was your underwear on?
12      A.   I believe that it was pulled down.
13      Q.   Okay.  Do you recall what color your
14   underwear was?
15      A.   No.
16      Q.   Okay. Did you ever tell Mr. Langrick no
17   while this was happening?
18      A.   I recall pushing him away, and saying that I
19   felt uncomfortable.
20      Q.   And how did Mr. Langrick respond?
21      A.   He continued to come at me.
22      Q.   Did you cry for help?
23      A.   No.
24      Q.   Did you say no?
25      A.   Yes.
```

```
 1   was a nine or a nine and a half.  So if I recall
 2   penetration in my bed, that actually occurred in the
 3   cupola, it would have been a result of my
 4   intoxication and not a result of me intentionally
 5   misrepresenting the record.
 6        Q.   So are you saying that when you provided
 7   this interview to Captain Moran you couldn't
 8   differentiate between what happened in the cupola and
 9   what happened in your bed with Mr. Langrick?
10        A.   I'm not saying that.
11        Q.   Okay.  What are you saying?
12        A.   I'm saying that I believe what I told
13   Detective Moran at the time was the truth, and I also
14   told Detective Moran that my memory was hazy because
15   I was drunk on a level of nine to nine and a half was
16   my level of intoxication.  To the best of my ability
17   to recall, I recalled what happened as I remembered
18   it to Detective Moran.
19        Q.   Okay.  I'm a little confused.  Are you
20   saying here that when you're talking about vaginal
21   penetration by Mr. Langrick with his hand, that what
22   you Captain Moran could have happened in the bad or
23   could have happened in the cupola, and that you don't
24   remember?
25        A.   It's possible.  I don't recall exactly, and
```

```
 1   like I said at the time, I was extremely intoxicated.
 2   So to the best of my recollection, I recall what had
 3   happened to me and relayed the information to
 4   Detective Moran at the time.
 5        Q.   Okay.  But you clearly told Captain Moran
 6   here, and we can scroll up through the transcript if
 7   you would like to do that, that Mr. Langrick
 8   penetrated you with his finger while you were in bed.
 9   Would you like to go up the transcript or can you
10   confirm that for me?
11        A.   I can confirm here that I affirmed to
12   Detective Moran that I was digitally penetrated,
13   which is consistent with what I told you today.
14   Whether or not it happened in the bed or in the
15   cupola could've been due to misremembering due to
16   intoxication or could have been misremembered due to
17   the high pressure and anxiety of the situation.  I do
18   not recall what I did at the time and what my
19   intentions -- my intentions were to tell the truth.
20   And my intention was to relay accurately what I
21   recalled.  I did that to the best of my ability at
22   the time.
23        Q.   Okay.  Here in this transcript you told
24   Captain Moran that you visually saw Mr. Langrick
25   penetrating you with his fingers in the bed.
```

```
 1       A.   Can you show me where I say that?  That I
 2  visually saw him.
 3       Q.   Can we go -- well, let's just go through
 4  this whole thing.  Can we start at the previous page?
 5       A.   So 516?
 6            MR. KAUFMAN:  Didn't we see the -- is there
 7       another line before what we're seeing on this
 8       page?
 9            THE VIDEOGRAPHER:  That's the whole page,
10       counsel.
11  BY MS. TIMMANN:
12       Q.   Actually let's -- can we -- I just want to
13  go through this whole thing since there appears to be
14  an issue.  Can we go to 514, please?  Okay.  Let's
15  just start at the top.
16            Captain Moran asks, "All right.  And what
17  was the lighting like in the room at that time?"  And
18  you said, "Um."  And he said, "Was there any?"  And
19  you said, "Quasi daylight, we came home around six or
20  so."  And Captain Moran said, "As far as it -- do you
21  remember any lights being on inside of the room."
22  And you said, "No.  Just natural light.  No
23  artificial light."  And "Where was Jenna and her
24  boyfriend then; do you know?"  That's what
25  Captain Moran asked.
```

```
 1             And you said, "In a bed across from me.  Um,
 2   my bed's here.  Her bed's there.  There's two full
 3   sized beds, there's about five feet of space between
 4   the two."  And Captain Moran asks, "Okay.  Were they
 5   awake?"  And then you respond, "Um, they were.  I'm
 6   not sure, um, they were in and out of awakeness
 7   because of the noise that was going on.  They
 8   probably went back to sleep at that point."  And then
 9   Captain Moran asks, "Okay.  Um, and you say that you
10   woke up at one point; right?"  And you said,
11   "Uh-huh."  And then Captain Moran asked, "And, um, he
12   actually was naked?"  And you said, "He was naked."
13   And Captain Moran asked, "How was that, that you were
14   under the covers or were you on top of the covers
15   then?"  And you said, "Under the covers then, I
16   believe."  And Captain Moran said, "How did you know
17   he was naked?"  And you said, "I could feel him naked
18   on me."  Captain Moran asked, "Okay.  And how are you
19   laying?"
20             Ms. Morrison, this exchange are you
21   describing what happened between you and Mr. Langrick
22   in the cupola or in your bed?
23      A.   I believe I was telling Mr. Moran,
24   Detective Moran what I remembered happening in my
25   bed.
```

1    Q.   You believe, you don't know?

2    A.   I don't know because I was so drunk and
3　remembering something to the best of my recollection
4　that I can't be certain.  And his interview was in a
5　high pressure situation, so I can't be certain
6　whether I intended to relate the fingering incident
7　about the cupola or in the room.  I can't be certain
8　if I remembered it incorrectly or if I meant to say
9　the cupola, but instead said the bed because I was in
10　a high pressured situation.  I'm not sure, and I
11　don't know.

12    Q.   Okay.  Let's keep going.

13         You said, "I was kind of on my -- kind of on
14　my side but more on my back.  I sleep in the fetal
15　position, but I had kind of moved on my back.  And
16　Captain Moran asked, "Yep.  All right.  And you told
17　me that he was doing something at that point to you.
18　What was he doing?"  And you said, "He was trying to
19　have sex with me.  Um, trying to put his penis inside
20　my vagina, groping me with his hands."

21         Did you say that?

22    A.   Yes.

23    Q.   Okay.  And when you said that, were you
24　referring to what happened in the bed between you and
25　Mr. Langrick?

Case 1:18-cv-06127-CBA-RML   Document 106-2   Filed 10/27/20   Page 12 of 20 PageID #: 1305

```
 1        A.    I think so, yes.
 2        Q.    So it's still your testimony that you don't
 3   know whether or not this happened in the bed or in
 4   the cupola?
 5        A.    I know that when I was in bed, I was in the
 6   fetal position.  I know that Mr. Langrick was groping
 7   me when he raped me in my bed.  And I know that he
 8   also groped me in the cupola.  I'm not sure if my
 9   later statement about him fingering me or referring
10   to him fingering me in the bed or in the cupola or
11   both.  I'm not sure what I meant at the time.
12              Now, I remember him groping me in the cupola
13   during a heavy petting session, and I remember him
14   rapping me and using his hands to mash his penis into
15   my vagina and my anus, which I did not consider
16   penetration at the time because his penis was
17   flaccid.  I now understand that due to this contact,
18   he made slight penetration because those two parts of
19   the body are an orifice.
20        Q.    Okay.  Is it your testimony right here today
21   then that at the time you did not think that was
22   penetration?
23        A.    At the time, I thought that penetration
24   meant a deep penetration.
25        Q.    All right.  Can we jump to -- actually back
```

```
 1   to 517, please?
 2           Do you see where Captain Moran asks at the
 3   top of the page, "Okay.  Um, the law makes a
 4   differentiation in the type of crime that occurs, um,
 5   depending on what the person is doing to the victim."
 6   And you said, "They were both penetration."
 7           Do you see that?
 8       A.   Yes.
 9       Q.   Do you swear that comment was what you just
10   told me?
11       A.   Yes.  Because I told Detective Moran at the
12   time that I didn't want Mr. Langrick charged for
13   rape.  And it was my understanding that his
14   penetration was less than rape.  I've now since come
15   to understand that his slight penetration included
16   rape, as well as his digital penetration, either in
17   the cupola or in the bedroom.  And that all of it was
18   actually rape.
19       Q.   Where did you tell Captain Moran that you
20   didn't want Mr. Langrick charged with rape?
21       A.   I can't recall.  Somewhere in the transcript
22   I believe there is some kind of -- and if it's not in
23   the transcript, it was an informal conversation where
24   I said I didn't want him to go to jail forever or
25   something like that, to that affect.  I don't
```

1  remember exactly what I said.
2      Q.   Okay.  What was your point of reporting this
3  to the police then?
4      A.   Because I believed what happened was a
5  crime.  I believed what happened was a violation.  I
6  believed what happened would affect me for the rest
7  of my life.  I believed that I was having
8  nightmares -- and nightmares about it.  I believed
9  that I was traumatized.  And I believed that it was
10  important to memorialize this for the police report
11  to create a record of it.  I believed that based on
12  what I had heard from a sexual abuse peer advisor at
13  the time, who warned me about the pitfalls of going
14  forward should I formalize an investigation or
15  complaint.
16          And so when I went to safety and security, I
17  decided first to make a formal complaint with the
18  college, with the department of safety and security
19  and then later make a formal complaint with the
20  Hanover Police Department.
21      Q.   Okay.  Let's go back to the top of this
22  page.  So after you say, "There was penetration."
23  Captain Moran asked, "Okay.  Describe that to me as
24  to how that occurred."  And you said, "Um, he was
25  stuffing his flaccid penis inside my vagina and it

```
 1   penetrated slightly."  And Captain Moran said, "Okay.
 2   So he was inside of you?"  And you said, "Inside of
 3   me."  Do you see that?
 4        A.    Yes.
 5        Q.    Okay.  And then Captain Moran asked, "Um,
 6   and you said that he was touching you with his hands
 7   too.  Um, did he make any other penetration?"  And
 8   you said, "With his hands, um, in my vagina not -- he
 9   didn't penetrate anywhere else."
10              Do you see that?
11        A.    I do.
12        Q.    How do you swear that was your testimony
13   earlier that Mr. Langrick also penetrated your anus?
14        A.    He made contact with my anus, which is an
15   orifice.  And when he did that, because the anus is
16   an orifice, he made slight penetration with my anus
17   when he touched it.
18        Q.    When he touched it with his penis or his
19   fingers?
20        A.    It doesn't matter.  And I don't know which
21   mash of flesh he touched against my anus, it's behind
22   me, so I couldn't see it.
23              But it's my understanding that the FBI
24   determines that rape is penetration no matter how
25   slight and that the object of penetration isn't
```

```
 1   relevant.  I will also add that what I said in this
 2   statement that he penetrated me with his hand, I did
 3   not clarify to Detective Moran where that penetration
 4   with his hands occurred, what time of day it was,
 5   whether or not it was in the bed.  And I'm not sure
 6   whether that was in error or a misremembering or it
 7   was just improperly placed due to context.
 8        Q.   I'm sorry.  Can you say that again?  I
 9   didn't understand it.
10        A.   Did the court reporter get what I said?  Can
11   he read it back?
12             THE COURT REPORTER:  Do you want me to read
13        it back?
14             THE WITNESS:  Yeah, I don't want to misstate
15        something and then be held again for having to
16        repeat something twice and not repeating it
17        perfectly.  So I'd rather you read exactly what I
18        said for Ms. Timmann's clarity.
19             (Thereupon, the answer referred to was read
20        back by the reporter.)
21   BY MS. TIMMANN:
22        Q.   Okay.  Is that an accurate interpretation?
23        A.   I believe so.  But like I said before this
24   is an extremely psychologically triggering subject
25   for me to discuss.  So it's very hard for me to
```

```
 1   recall things at the moment.
 2       Q.   Okay.  Go to page 518, please.
 3            Okay.  I'm just going to read this whole
 4   page.  So you say or actually, it starts at the
 5   bottom of 517.  I'm going to actually -- okay.
 6            So Captain Moran says, "Yep, and can you
 7   describe that?  For example, was it a slight
 8   penetration or was it a deep penetration?"  And you
 9   responded, "It was a deep penetration, more than one
10   finger."  And Captain Moran said, "You mean
11   together?"  And you said, "Yeah, like so."  And
12   Captain Moran said, "Do you have any sense on --
13   you're doing fine.  Do you want to take a break?"
14   And you said, "No, it's okay."  And then
15   Captain Moran asked, "Do you have any sense now as to
16   which hand he used?"  And you said, "I have no idea."
17   And then Captain Moran asked, "No.  But you knew it
18   was his hand?"  And you said, "Yeah."  And
19   Captain Moran said, "And how did you know that?"  And
20   you said, "I could feel it.  I know what a hand feels
21   like."  And then Captain Moran said, "Okay.  So he
22   was doing that?"  And you said, "And I saw his hand."
23   And Captain Moran said, "Down there?"  And you said,
24   "Yeah."  And Captain Moran said, "Okay.  What were
25   you doing then?"  And you said, "Laying down, not
```

1  moving.  I was asleep when he had been, I guess,

2  doing it to me for an undetermined period of time.

3  And, um, I only woke up when he started moaning very

4  loudly, and I heard my roommates calling my name."

5           Do you see that?

6      A.   Yes.

7      Q.   Okay.  And Captain Moran said, "Okay.  So is

8  it your belief now, Monica, that he was actually, um,

9  penetrating you before you woke up?"  And you said,

10 "Could have been.  I don't know that he was but he

11 could have been."

12          How can you say that you were confused about

13 what you were telling Captain Moran as to where this

14 penetration occurred, whether it was --

15     A.   Because I was a nine to nine and a half on

16 the drunk scale and trying to the best of my

17 recollection to recall very traumatizing events.

18 Whether or not I recalling the fingering in the bed

19 or the cupola, I did recall Mr. Langrick fingering me

20 while I'm unconscious.  I'm not sure how I can swear

21 it, other than to say I was shit house wasted, passed

22 out for part of it.  And intoxicated more than I've

23 probably ever been in my life that night.

24     Q.   Okay.  But you told Captain Moran that you

25 saw Mr. Langrick's hand in your vagina while you were

```
 1  in the bed; is that right?
 2       A.   I did tell him that, yes.
 3       Q.   And now you're saying you're not sure if
 4  what you told Captain Moran is true; is that right?
 5       A.   No, I'm not saying that.  What I'm saying is
 6  that I'm not sure if what I told Detective Moran was
 7  chronologically correct.  But I believe that the gist
 8  of what I told him and the number of violations that
 9  happened and the description of those violations to
10  be true, and I believed that what I said at the time
11  was the truth.
12       Q.   Okay.  But you told Captain Moran you saw
13  Mr. Langrick fingering you in the bed and that you
14  saw his fingers in your vagina in the bed; right?
15       A.   Yes.
16       Q.   And now you're saying you don't know if his
17  fingers penetrated you in the bed; is that correct?
18       A.   I don't recall at this time, no.
19       Q.   Can we take a quick five-minute break?
20            THE VIDEOGRAPHER:  Going off the record at
21       4:03.
22            (Thereupon, there was a brief recess.)
23            THE VIDEOGRAPHER:  Back on the record at
24       4:25.
25  BY MS. TIMMANN:
```

```
 1
 2                    CERTIFICATE OF REPORTER
 3
 4   STATE OF FLORIDA        )
                             ) SS:
 5   COUNTY OF MIAMI-DADE    )
 6          I, Paul Cunningham, Florida Professional
 7   Reporter, certify that I was authorized to and did
 8   stenographically report the deposition of Monica
 9   Morrison, pages 1 through 305; that a review of the
10   transcript was requested; and that the transcript is
11   a true record of my stenographic notes to the best of
12   my ability.
13          I further certify that I am not a relative,
14   employee, attorney, or counsel of any of the parties,
15   nor am I a relative or employee of any of the
16   parties' attorneys or counsel connected with the
17   action, nor am I financially interested in the
18   action.
19          Dated this 5th day of October, 2020.
20
21
22   _____
23   PAUL CUNNINGHAM, FPR
24   FLORIDA PROFESSIONAL REPORTER
25
```