# Exhibit C

```
 1              UNITED STATES DISTRICT COURT

 2              EASTERN DISTRICT OF NEW YORK

 3            Case No. 1:18-cv-06127 (CBA)(RML)

 4

 5   - - - - - - - - - - - - - - - - - - X

 6   MONICA MORRISON,

 7              Plaintiff and

 8              Counterclaim Defendant,

 9        v.

10   ROBERT LANGRICK,

11              Defendant and

12              Counterclaim Plaintiff.

13   - - - - - - - - - - - - - - - - - - X

14    VOLUME I                              Pages 1-178

15

16          VIRTUAL VIDEOTAPED DEPOSITION OF

17                FRANCIS THOMAS MORAN

18             Thursday, May 14th, 2020

19           9:56 a.m. Eastern Standard Time

20

21

22

23    -- Reporter: Kimberly A. Smith, CSR, CRR, CRC, RDR --

24             Realtime Systems Administrator

25                  U.S. Legal Support
```

```
 1   APPEARANCES:
 2
 3      Henry R. Kaufman, P.C.
 4      By:  Henry Kaufman, Esq.
 5      60 East 42nd Street, 47th Floor
 6      New York, NY  10168
 7      (212) 880-0842
 8      hkaufman@hrkaufman.com
 9              for the Plaintiff and Counterclaim
10              Defendant;
11
12      Clare Locke LLP
13      By:  Andrew C. Phillips, Esq.
14      10 Prince Street
15      Alexandria, VA  22314
16      (202) 628-7400
17      andy@clarelocke.com
18               for the Defendant and Counterclaim
19               Plaintiff.
20
21   Also Present:  Monica Morrison
22                  Robert Langrick
23                  Shawn Capron, Videographer
24
25
```

```
1                         I N D E X
2
3    WITNESS:  Francis Thomas Moran
4
5    EXAMINATION                                        Page
6        By Mr. Phillips                                  6
7                    AFTERNOON SESSION
8        By Mr. Kaufman                                 130
9
10   EXHIBITS FOR IDENTIFICATION:
11   Defendant's     Description                        Page
12   DX-1    Hanover Police Department file              19
13   DX-2    Plaintiff's complaint for declaratory       32
14           judgment
15   DX-3    Counterclaim defendant's answer             40
16
17
18
19
20
21
22
23
24
25
```

1   details otherwise, I believe that's what happened.
2       Q.  So I want to break that down just a little
3   bit.  So you referred to the fact that during an
4   investigation, you can learn facts that dispel the
5   credibility of the complainant?
6       A.  Or can cloud the matter to the point where
7   you don't feel with confidence that you have proof
8   that would justify a prosecution.
9       Q.  Were there facts that came to light in this
10  investigation that affected the credibility of
11  Ms. Morrison as a complainant?
12      A.  I don't know if I'd say credibility.  But I
13  think you could -- it depends on how you approach it.
14  I think there were facts that caused issues that
15  could, in my opinion, make it hard to prove beyond a
16  reasonable doubt that she was the victim of a sexual
17  assault.
18              And, again, the most important thing is
19  to prove that she's a victim of an assault and to
20  prove that the person who victimized her was
21  Mr. Langrick and then pursuit of charges and
22  prosecution.
23      Q.  Based on your review of the file, do you
24  see any indication that Mr. Langrick was ever
25  arrested for sexual assault?

```
 1        A.   I do not see any indication that he was
 2   arrested for sexual assault.
 3        Q.   At the time in 2005, what was the standard
 4   for obtaining an arrest warrant for a felony like
 5   sexual assault?
 6        A.   Probable cause.
 7             MR. PHILLIPS:  Give me just one moment
 8   here and I'm going to try to pull up DX-3.
 9                    (Exhibit DX-3 was marked
10                     for identification.)
11             MR. PHILLIPS:  So Defendant's Deposition
12   Exhibit DX-3 should be available for all to download
13   in the chat feature.  I'm going to go ahead and
14   share it on my screen so Frank can see it.
15        Q.   Frank, can you see on your screen the
16   document that we've marked as DX-3?
17        A.   I do not see "DX-3" on it.  It could be
18   further down on the page.
19             Yes, I see that now.
20        Q.   I'll represent to you that this is
21   Ms. Morrison's answer to the counterclaims that
22   Mr. Langrick filed in this case.  Again, you're free
23   to download and peruse the entire document, but I'm
24   going to direct you specifically to Ms. Morrison's
25   response to paragraph 11, which is on page 6 of this
```

```
 1                    C E R T I F I C A T E
 2        I, Kimberly A. Smith, a Certified Shorthand
 3   Reporter, Certified Realtime Reporter, Certified
 4   Realtime Captioner, Registered Diplomate Reporter,
 5   and Realtime Systems Administrator in and for the
 6   State of New Hampshire, do hereby certify that the
 7   foregoing is a true and accurate transcript of my
 8   stenographic notes of the deposition of FRANCIS
 9   THOMAS MORAN, who was first duly sworn, taken
10   virtually on the date hereinbefore set forth.
11        I further certify that I am neither attorney or
12   counsel for, nor related to or employed by any of
13   the parties to the action in which this deposition
14   was taken, and further that I am not a relative or
15   employee of any attorney or counsel employed in this
16   case, nor am I financially interested in this action.
17        THE FOREGOING CERTIFICATION OF THIS TRANSCRIPT
18   DOES NOT APPLY TO ANY REPRODUCTION OF THE SAME BY
19   ANY MEANS UNLESS UNDER THE DIRECT CONTROL AND/OR
20   DIRECTION OF THE CERTIFYING COURT REPORTER.
21        Signed this 27th day of May, 2020.
22
23        _____
24            KIMBERLY A. SMITH, CSR, CRR, CRC, RDR
25
```



```
 1            ERRATA SHEET DISTRIBUTION INFORMATION

 2       DEPONENT'S ERRATA & SIGNATURE INSTRUCTIONS

 3

 4

 5          ERRATA SHEET DISTRIBUTION INFORMATION

 6       The original of the Errata Sheet has been

 7   delivered to Andrew C. Phillips, Esquire.

 8       When the Errata Sheet has been completed by

 9   the deponent and signed, a copy thereof should be

10   delivered to each party of record.

11

12

13

14                INSTRUCTIONS TO DEPONENT

15       After reading this volume of your deposition,

16   please indicate any corrections or changes to your

17   testimony and the reasons therefor on the Errata

18   Sheet supplied to you and sign it.  DO NOT make

19   marks or notations on the transcript volume itself.

20   Add additional sheets if necessary.  Please refer to

21   the above instructions for Errata Sheet distribution

22   information.

23

24

25
```