

# C L A R E  L O C K E
### L L P

**ANDREW C. PHILLIPS**
andy@clarelocke.com
(202) 628-7404

10 Prince Street
Alexandria, Virginia 22314

(202) 628-7400

www.clarelocke.com

January 15, 2021

*Via Email*

| | |
|---|---|
| Henry Kaufman | Carol A. Schrager |
| Henry R. Kaufman, P.C. | Law Offices of Carol A. Schrager |
| 60 East 42nd Street, 47th Floor | 350 Fifth Avenue, Suite 4307 |
| New York, New York 10168 | New York, New York 10118 |
| Email: hkaufman@hrkaufman.com | Email: carolaschrager@gmail.com |

> ***Re:*** *Morrison v. Langrick,* No. 1:18-cv-06127(CBA)(RML) – Service of Counterclaim-Plaintiff's Notice of Motion for Partial Summary Judgment, Statement of Material Facts, and Memorandum In Support of His Motion for Partial Summary Judgment Pursuant to Judge Amon's Individual Motion Practices D(i)

Dear Henry and Carol:

      Enclosed, please find Counterclaim-Plaintiff, Robert Langrick's Notice of Motion for Partial Summary Judgment, Statement of Material Facts, and Memorandum in Support of His Motion for Partial Summary Judgment as required by Local Civil Rule 56.1. I am serving you a copy of these documents via email only as directed by Judge Amon's Individual Motion Practices D(i).

Please contact me with any questions.

                                        Sincerely,

                                        Andrew C. Phillips

cc: Court via ECF