HENRY R. KAUFMAN, P.C.
ATTORNEYS AT LAW
60 EAST 42ND STREET
47TH FLOOR
NEW YORK, NEW YORK 10165

OFFICE: (212) 880-0842
MOBILE: (914) 589-7963
FAX: (212) 697-0877
HKAUFMAN@HRKAUFMAN.COM
WWW.HRKAUFMAN.COM

January 15, 2021

Andrew C. Phillips
Shannon B. Timmann
CLARE LOCKE LLP
10 Prince Street
Alexandria, VA 22314
Email: andy@clarelocke.com
Email: shannon@clarelocke.com

> Re: *Morrison v. Langrick*, No. 1:18-cv-06127(CBA)(RML) – Service of Counterclaim-Defendant's Notice of Motion for Summary Judgment, Statement of Material Facts, Affirmation of Henry R. Kaufman, Declaration of Monica Morrison and Memorandum In Support of Her Motion for Summary Judgment Pursuant to Judge Amon's Individual Motion Practices D(i)

Dear Andy and Shannon:

Enclosed please find Counterclaim Defendant, Monica Morrison's Notice of Motion for Summary Judgment, Statement of Material Facts, Affirmation of Henry R. Kaufman, Declaration of Monica Morrison and Memorandum In Support of Her Motion for Summary Judgment in support of her Motion for Summary Judgment as required by Local Civil Rule 56.1. I am serving you copies of these documents via email only as directed by Judge Amon's Individual Motion Practices D(i).

Please contact me with any questions.

Sincerely,

*Henry R Kaufman*
Henry R. Kaufman

cc: Court via ECF