HENRY R. KAUFMAN, P.C.
ATTORNEYS AT LAW
60 EAST 42ND STREET
47TH FLOOR
NEW YORK, NEW YORK 10165

OFFICE: (212) 880-0842
MOBILE: (914) 589-7963
FAX: (212) 697-0877
HKAUFMAN@HRKAUFMAN.COM
WWW.HRKAUFMAN.COM

March 15, 2021

Andrew C. Phillips
Shannon B. Timmann
CLARE LOCKE LLP
10 Prince Street
Alexandria, VA 22314
Email: andy@clarelocke.com
Email: shannon@clarelocke.com

Re: Morrison v. Langrick. No. 1: 1 8-cv-06127(CBA)(RML) - Service of Counterclaim-Defendant's Affirmation of Henry R. Kaufman In Opposition and In Response To, Counterclaimant's Motion For Partial Summary Judgment Pursuant to Judge Amon's Individual Motion Practices D(i)

Dear Andy and Shannon:

Enclosed please find Counterclaim Defendant Monica Morrison's Affirmation of Henry R. Kaufman In Opposition and In Response To, Counterclaimant's Motion for Partial Summary Judgment. I am serving you copies of these documents via email only as directed by Judge Amon's Individual Motion Practices D(i).

Please contact me with any questions.

Sincerely,

Henry R. Kaufman

*Henry R. Kaufman* (signature)

cc: Court via ECF