

# CLARE LOCKE
### L L P

**ANDREW C. PHILLIPS**
andy@clarelocke.com
(202) 628-7404

10 Prince Street
Alexandria, Virginia 22314

(202) 628-7400

www.clarelocke.com

March 15, 2021

*Via Email*

| | |
|---|---|
| Henry Kaufman | Carol A. Schrager |
| Henry R. Kaufman, P.C. | Law Offices of Carol A. Schrager |
| 60 East 42nd Street, 47th Floor | 350 Fifth Avenue, Suite 4307 |
| New York, New York 10168 | New York, New York 10118 |
| Email: hkaufman@hrkaufman.com | Email: carolaschrager@gmail.com |

> **Re:** *Morrison v. Langrick,* **No. 1:18-cv-06127(CBA)(RML)** – Service of Robert Langrick's Responses and Objections to Monica Morrison's Local Civil Rule 56.1 Statement of Material Facts in Support of Her Motion for Summary Judgment and Mr. Langrick's Counterstatement of Additional Material Facts, and Mr. Langrick's Memorandum of Law in Opposition to Counterclaim-Defendant Monica Morrison's Motion for Summary Judgment.

Dear Henry and Carol:

Enclosed herewith, please find Counterclaimant Robert Langrick's March 15, 2021 Responses and Objections to Monica Morrison's Local Civil Rule 56.1 Statement of Material Facts in Support of Her Motion for Summary Judgement and Counterstatement of Additional Material Facts. The exhibits thereto are too voluminous to transmit by email and therefore I am providing herewith a Box link from which those exhibits can be downloaded directly. Please let me know if you have any difficulty accessing the exhibits. Also enclosed herewith is Mr. Langrick's March 15, 2021 Memorandum of Law in Opposition to Counterclaim-Defendant Monica Morrison's Motion for Summary Judgment. These materials are being served by email only at this time in accordance with Judge Amon's Individual Motion Practice rules.



Sincerely,

Andrew C. Phillips

cc: The Court via ECF